**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET: 3:04cr185-V**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs. )<br>)<br>**CARL GARY THOMAS - 1** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on it's own motion for a continuance of this matter from the May 2005 trial term.

For the reasons stated in Defendant's motion and upon a showing that Defendant's counsel has not had sufficient time within which to adequately prepare a defense in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the 16 May 2005 term in the Charlotte Division to the 25 July 2005 term.

**Signed: July 11, 2005**

Richard L. Voorhees
United States District Judge